# Attachment A

**This Document Relates to:**

BIANCA DASILVA

    Plaintiff,

 v.

JUUL LABS, INC., et al.,

    Defendants.

Case No.

## DEFENDANTS

**JUUL Labs, Inc.**
560 20th Street,
San Francisco, CA 94107

**Altria Group, Inc.**
6601 West Broad St.,
Richmond, VA 23230

**Philip Morris USA, Inc.**
6601 West Broad St.,
Richmond, VA 23230

**Altria Enterprises, LLC**
6601 West Broad St.,
Richmond, VA 23230

**Altria Client Services, LLC**
6601 West Broad St.,
Richmond, VA 23230

**Altria Group Distribution Company**
6601 West Broad St.,
Richmond, VA 23230

**James Monsees**
89 Belgrave Avenue
San Francisco, CA 94117-4225

**Adam Bowen**
360 Elm Street
San Mateo, CA 94401-2512

**Hoyoung Huh**
6 Redberry Ridge
Portola Valley, CA 94028-8077

**Riaz Valani**
9 Isabella Avenue
Atherton, CA 94027-4031

**Nicholas Pritzker**
1 Letterman Drive - Building C - Suite C4-420
San Francisco, CA 94129-2402

**Mother Murphy`s Laboratories, Inc**
James E. Sell
jsell@tysonmendes.com
Mitchell B. Malachowski
mmalachowski@tysonmendes.com
Stephen Budica
sbudica@tysonmendes.com
April M. Cristal
acristal@tysonmendes.com
TYSON & MENDES, LLP

Attachment A to Summons – Page 1 of 2

523 4th Street, Suite 100
San Rafael, CA 94901

**Alternative Ingredients, Inc.**
James E. Sell
jsell@tysonmendes.com
Mitchell B. Malachowski
mmalachowski@tysonmendes.com
Stephen Budica
sbudica@tysonmendes.com
April M. Cristal
acristal@tysonmendes.com
TYSON & MENDES, LLP
523 4th Street, Suite 100
San Rafael, CA 94901

**Tobacco Technology, Inc.**
One East Pratt Street, Suite 901
Baltimore, MD 21202

**Eliquitech, Inc.**
One East Pratt Street, Suite 901
Baltimore, MD 21202

**McLane Company, Inc.**
C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

**Eby-Brown Company, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

**Core-Mark Holding Company, Inc.**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Attachment A to Summons – Page 2 of 2